UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES,

   -v-                                          No. 13-CR-00271-LTS

ALTERRELL WILLIAMS,

        Defendant.

-------------------------------------------------------x

## Order

The Court has received and reviewed Mr. Williams's letter concerning his release to home confinement (docket entry no. 961).  Any challenges to a disciplinary action or calculation of his time in custody must be raised with the Bureau of Prisons ("BOP") directly through its Administrative Remedy Program.  The compassionate release provisions of the CARES Act require that Mr. Williams first submit a request compassionate release to the warden at his facility.  The BOP's administrative release program also requires Mr. Williams to apply within the BOP system.  The Court cannot intervene in his case until he has exhausted his administrative remedies.  Mr. Williams may wish to reach out to his counsel regarding request for compassionate or administrative release.

The Court will mail a copy of this Order to Mr. Williams.

    SO ORDERED.

Dated: New York, New York
       April 29, 2020

                                                                  /s/ Laura Taylor Swain
                                                                 LAURA TAYLOR SWAIN
                                                                 United States District Judge

**Copy mailed to:**
Alterrell Williams
Inmate # 69981-054
RRM New York
Residential Reentry Office
P.O. Box 329014
Brooklyn, NY 11232